AO 470 (8/85) Order of Temporary Detention

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

Danielle Alindsey Price
Steven Wayne Peacock
Donald Lee Lucas
Miguel Andres Barajas
  Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

FILED
OCT 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 05-mj-6423

Upon motion of the __U.S. Government__, it is ORDERED that a detention hearing is set for __Friday, 10/28/05__ * at __10:00am__
                                                                    Date                                   Time

before __U.S. Magistrate Judge Thomas J. Shields__
              Name of Judicial Officer

__211 19th Street, Rock Island, IL__
              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
        Other Custodial Official

Date: __October 26, 2005__          S/Thomas J. Shields
                                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.