E-FILED
Thursday, 17 November, 2005  02:09:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

DONALD LEE LUCAS, JR.

**WARRANT FOR ARREST**

CASE NO. 05-6423 M

FILED
NOV 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____Donald Lee Lucas, Jr._____, and bring him
                                                Name

forthwith to the nearest magistrate to answer a complaint, charging:

**COUNT ONE**
**(CONSPIRACY TO DISTRIBUTE AND POSSESS**
**WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)**

From on or about October 11, 2005, to on or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

US MARSHALS SERVICE
CENTRAL ILLINOIS
2005 OCT 32 P 5:49
RECEIVED

US MARSHAL SERVICE
CENTRAL ILLINOIS
2005 OCT 28 P 12:31
RECEIVED

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS,**

did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

| Thomas J. Shields | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/Thomas J. Shields | October 26, 2005 at Rock Island, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Pre Trial Detention__ by __Thomas J. Shields, U.S. Magistrate Judge__
                                              Name of Judicial Officer

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _Henry Co, IL_

| Date Received | 10-31-05 | Name of Arresting Officer | Russ Coulter | Signature of Arresting Officer |
| Date of Arrest | 10-26-05 | Title of Arresting Officer | DEA | [signature] |