E-FILED
Saturday, 19 November, 2005 11:56:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05-40126 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| DANIELLE ALINDSEY PRICE, ) | Sections 841(a)(1), 841(b)(1)(A) and |
| STEVEN WAYNE PEACOCK, ) | 846. |
| DONALD LEE LUCAS, JR., and ) | |
| MIGUEL ANDRES BARAJAS ) | |
| ) | |
| Defendants. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From in or about October 11, 2005 to on or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,
STEVEN WAYNE PEACOCK,
DONALD LEE LUCAS, JR., and
MIGUEL ANDRES BARAJAS**

did conspire with each other and persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about October 15, 2005, in Henry County, in the Central District of Illinois, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**A TRUE BILL**

S/Foreperson
**FOREPERSON**

S/Bradley Murphy for
**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**
**JKM**