# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    Plaintiff )
 )
) CASE NO. **05-40126**
)
**Danielle Alindsey Price, Steven Wayne Peacock,** )
**and Donald Lee Lucas, Jr.** )
    Defendants )

FILED
DEC 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 p.m.** on **Friday, January 13, 2006** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, January 23, 2006**

at

[ ] Peoria, Illinois

[X] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 6st day of December, 2005

                                            S/Thomas J. Shields

                                            THOMAS J. SHIELDS
                                            U.S. MAGISTRATE JUDGE