## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 05-40126 |
| ) | |
| DANIELLE A. PRICE, ) | |
| STEVEN W. PEACOCK, ) | |
| DONALD L. LUCAS, JR., and ) | |
| MIGUEL A. BARAJAS, ) | |
| ) | |
| Defendants. ) | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby states as follows:

1. This matter is currently set for a sentencing hearing Thursday, September 14, 2006.

2. Justin Kreiser, a defendant in a related case, Central District of Illinois Case No. 06-40003, is currently scheduled for jury trial commencing October 23, 2006.

3. The indictments in this case and in Case No.06-40003, involve the same conspiracy to distribute and possess with intent to distribute methamphetamine; Kreiser and the above-named defendants were co-conspirators in committing the alleged offenses. Thus, some or all of the above-named defendants may be called as witnesses at defendant Kreiser's trial. The Government is requesting this continuance because the trial testimony of any of the defendants may have an impact upon the Government's recommendation to the Court concerning an appropriate sentence for that defendant and the Government's position regarding any applicable sentencing factors.

4. A similar motion has been filed to continue the sentencing of defendant Greg Price in related Case No. 06-40003.

5. The undersigned Assistant United States Attorney has contacted counsel for the above defendants, who indicated that they had no objection to the government's request to continue the defendants' sentencing hearings.

6. This request is not intended for purpose of delay, but in order to ensure a just and efficient disposition to the defendants' cases.

WHEREFORE, the government respectfully requests that the hearing on the defendants' sentencings be continued until after the trial of defendant Justin Kreiser.

Respectfully submitted,

Rodger A. Heaton
United States Attorney

BY:    John K. Mehochko
JOHN K. MEHOCHKO
Assistant United States Attorney
1830 Second Avenue, Third Floor
Rock Island, Illinois 61201
Telephone (309) 793-5884

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2006, I electronically filed the foregoing **GOVERNMENT'S MOTION TO CONTINUE SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donovan S. Robertson, Jack E. Dusthimer, John W. Farber and George F. Taseff.

/s/ John K. Mehochko
JOHN K. MEHOCHKO
Assistant U.S. Attorney
1830 2nd Avenue   Suite 320
Rock Island, IL 61201
309-793-5884
FAX: 309-793-5895
john.mehochko@usdoj.gov