E-FILED
Thursday, 21 February, 2008  02:53:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 05-40126** |
| **Donald Lee Lucas** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Gilmer FCI at Glenville, WV

    **WE COMMAND** that you produce the body of **Donald Lee Lucas**, Register No. **13787-026**, who is in your custody at Gilmer FCI before the United States District Court on **Thur. 2/28/08 at 1:00pm (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: 2/20/08

    PAMELA E. ROBINSON, CLERK
    UNITED STATES DISTRICT COURT
       S/Denise Koester
    BY: _____
       Deputy Clerk